Danial D. Pharris                                    Honorable Paul B. Snyder
Lasher Holzapfel Sperry &                                           Chapter 7
Ebberson, P.L.L.C.
2600 Two Union Square
601 Union Street
Seattle, WA  98101-4000
(206) 624-1230


UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re:                                      Bankruptcy No. 05-42265-PBS

PT CABLE, INC.,                             **PROOF SERVICE OF NOTICE OF
                                            APPEARANCE AND REQUEST
          Debtor.                           FOR SPECIAL NOTICE**

Toni T. Griffin, under penalty of perjury, states that on October 20, 2006 the Notice of

Appearance and Request for Special Notice filed on behalf of The Carlyle Group L.P. aka The

Carlyle Group, C/S Venture Investors, L.P., Carlyle U.S. Venture Partners, L.P., Carlyle Venture

Partners, L.P., Carlyle Venture Coinvestment, L.L.C., Brooke B. Coburn, William E. Conway,

Jr., and Richard G. Darman was served electronically on the following:

Diana K Carey on behalf of Donahue     dcarey@karrtuttle.com,
mhernandez@karrtuttle.com;mmunhall@karrtuttle.com

Jack J Cullen on behalf of Jefferson Pilot Financial Insurance Company
cullj@foster.com, burrc@foster.com

Terrence J Donahue     tjdbankruptcy@eisenhowerlaw.com, WA19@ecfcbis.com

NOTICE OF APPEARANCE AND REQUEST
FOR SPECIAL NOTICE - 1
{R:\Clients\15988\S422642.DOC}

L A S H E R   2600 Two Union Square
H O L Z A P F E L   601 Union Street
SEATTLE, WA 98101-4000
S P E R R Y &   (206) 624-1230
E B B E R S O N   Fax (206) 340-2563
PLLC

Terrence J Donahue on behalf of Donahue    tjdbankruptcy@eisenhowerlaw.com

Mark J Giske on behalf of Global Marine Systems Limited    shillito@callatg.com

Mary Jo Heston on behalf of Cable & Wireless PLC    hestonm@lanepowell.com, campbelld@lanepowell.com

Dillon E Jackson on behalf of Jefferson Pilot Financial Insurance Company jackd@foster.com, burrc@foster.com

John S Kaplan on behalf of Gunsel    kaplj@perkinscoie.com, dvautherine@perkinscoie.com

David B Levant on behalf of General Communication Inc    dblevant@stoel.com, sea_docket@stoel.com;sljaggers@stoel.com

Eric B Martin on behalf of AT&T Corporation    ericmartin@dwt.com, christyblanchard@dwt.com

Mathew W Pile on behalf of Japan Telecom Co Ltd    mpile@riddellwilliams.com

Ragan L. Powers on behalf of AT&T Corporation    raganpowers@dwt.com, gailkataoka@dwt.com;mattteagarden@dwt.com

Marjorie S Raleigh on behalf of US Trustee  marjorie.s.raleigh@usdoj.gov, martha.a.vandraanen@usdoj.gov

Edwin K Sato on behalf of Sato    esato@bsss-law.com, cpercy@bsss-law.com

Joseph E Shickich on behalf of Japan Telecom Co Ltd    jshickich@riddellwilliams.com

George S Treperinas on behalf of Donahue    gtreperinas@karrtuttle.com, jsmith@karrtuttle.com

US Trustee    USTPRegion18.SE.ECF@usdoj.gov

Brian C Walsh on behalf of Sprint Communications Company LP brian.walsh@bryancave.com

NOTICE OF APPEARANCE AND REQUEST
FOR SPECIAL NOTICE - 2
{R:\Clients\15988\S422642.DOC}

L A S H E R
H O L Z A P F E L
S P E R R Y &
E B B E R S O N
PLLC

2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WA 98101-4000
(206) 624-1230
FAX (206) 340-2563

Valarie S Zeeck on behalf of Sprint Communications Company     vzeeck@gth-law.com, sclaggett@gth-law.com

On October 27, 2006, I caused to be mailed by first class mail, postage pre-paid, copies of the Notice of Appearance and Request for Special Notice on the following:

Scott Bernstein on behalf of Jefferson Pilot Financial Insurance Company
1633 Broadway
New York, NY 10019

Thomas Bucknell
2003 Western Ave #400
Seattle, WA 98121

Bucknell Stehlik Sato & Stubner LLP
2003 Western Ave #400
Seattle, WA 98121

Cabot Christianson on behalf of Leirer Enterprises LLC
Christianson Boutin & Spraker
911 W 8th Ave Ste 302
Anchorage, AK 99501

Robert J Dehney on behalf of Jefferson Pilot Financial Insurance Company
Morris Nichols Arsht & Tunnell
1201 N Market S
Wilmington, DE 19801

Edward P Dolido on behalf of AT&T Corporation
666 5th AveNew York, NY 10103

Andrew K Glenn on behalf of Jefferson Pilot Financial Insurance Company
1633 Broadway
New York, NY 10019

Donna L Harris on behalf of PT Cable Inc
Cross & Simon LLC
913 N Market St Ste 1001
Wilmington, DE 19801

NOTICE OF APPEARANCE AND REQUEST
FOR SPECIAL NOTICE - 3
{R:\Clients\15988\S422642.DOC}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON PLLC

2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WA 98101-4000
(206) 624-1230
FAX (206) 340-2563

Case 05-42265-PBS    Doc 415    Filed 10/27/06    Ent. 10/27/06 16:16:21    Pg. 3 of 5

Holly Harrison on behalf of Cable & Wireless PLC
Bank One Plaza
10 S Dearborn St
Chicago, IL 60603

Kevin M Hodges on behalf of PT Cable Inc
Williams & Connolly LLP
725 Twelfh St NW
Washington, DC 20005

Karr Tuttle Campbell PS on behalf of Donahue
1201 3rd Ave Ste 2900
Seattle, WA 98101

Michael R Nestor on behalf of Cable & Wireless PLC
1000 W St
PO Box 391
Wilmington, DE 19899-0391

David A Rosenzweig on behalf of AT&T Corporation
666 5th Ave
New York, NY 10103

David S Rosner on behalf of Jefferson Pilot Financial Insurance Company
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Gilbert R Saydah on behalf of Jefferson Pilot Financial Insurance Company
Morris Nichols Arsht & Tunnell
1201 N Market St
PO Box 1347
Wilmington, DE 19899

Rachel R Shanahan on behalf of PT Cable Inc
Williams & Connolly LLP
725 Twelfth St NW
Washington, DC 20005

NOTICE OF APPEARANCE AND REQUEST
FOR SPECIAL NOTICE - 4
{R:\Clients\15988\S422642.DOC}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON PLLC

2600 Two Union Square
601 Union Street
Seattle, WA 98101-4000
(206) 624-1230
Fax (206) 340-2563

Christopher P Simon on behalf of PT Cable Inc
Cross & Simon LLC
913 Market St Ste 1001
Wilmington, DE 19899

Michael K Stern on behalf of PT Cable Inc
Williams & Connolly LLP
725 Twelfth St NW
Washington, DC 20005

Joshua R Taylor on behalf of PT Cable Inc
1330 Connecticut Ave NW
Washington, DC 20036
Robert Van Kirk on behalf of PT Cable Inc
Williams & Connolly LLP
725 Twelfth St NW
Washington, DC 20005

Greg R Yates on behalf of PT Cable Inc
750 7th Ave Ste 1900
New York, NY 10019

Joseph P Zammit on behalf of AT&T Corporation
666 5th Ave
New York, NY 10103

DATED this 27th day of October 2006.

_____*/s/Toni T. Griffin*_____
Toni T. Griffin

NOTICE OF APPEARANCE AND REQUEST
FOR SPECIAL NOTICE - 5
{R:\Clients\15988\S422642.DOC}

L A S H E R
H O L Z A P F E L
S P E R R Y &
E B B E R S O N
PLLC

2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WA 98101-4000
(206) 624-1230
FAX (206) 340-2563

Case 05-42265-PBS    Doc 415    Filed 10/27/06    Ent. 10/27/06 16:16:21    Pg. 5 of 5