|     |     |
| --- | --- |
| 1   |     |
| 2   | The Honorable Paul B. Snyder |
| 3   | Chapter 7 |
|     | Location: Tacoma |
| 4   | *Hearing Date*: December 14, 2006 |
|     | Hearing Time: 10:30 a.m. |
| 5   | Response Date: As indicated |

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In Re: | NO. 05-42265-PBS |
| --- | --- |
| PT CABLE, INC., | TRUSTEE'S SUPPLEMENTAL NOTICE OF MOTION AND HEARING TO APPROVE SETTLEMENT |
| Debtor. | |

TO: The Debtor, all parties to the Settlement and Release Agreement, Belgacom Bics, Swisscom Fixnet Ltd., KPN Telecom B.V., Cable and Wireless plc and Cable and Wireless Global Network Limited, T-Systems International GmbH, and Softbank Telecom Corp. (formerly known as Japan Telecom Co., Ltd.); all creditors and parties in interest

PLEASE TAKE ADDITIONAL NOTICE that, at the below-referenced hearing upon the Motion for Order Approving Settlement [the "Motion"], as to which notice has previously been provided:

| | | | |
| --- | --- | --- | --- |
| JUDGE: | Honorable Paul B. Snyder | TIME: | 10:30 a.m. |
| PLACE: | Union Station | DATE: | December 14, 2006 |
| | 1717 Pacific Avenue, Courtroom H | | |
| | Tacoma, Washington | | |

the Trustee is seeking a specific determination that all amounts paid, reduction of claims and other consideration given by settling parties under the Settlement and Release Agreement described in the prior notice dated November 20, 2006, are reasonable pursuant to RCW 4.22.060, so as to discharge

TRUSTEE'S SUPPLEMENTAL NOTICE OF MOTION AND
HEARING TO APPROVE SETTLEMENT AGREEMENT - 1
#600784 v1

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 05-42265-PBS   Doc 449   Filed 12/05/06   Ent. 12/05/06 16:21:05   Pg. 1 of 3

any liability of AT&T Corp., Alascom, Inc., d/b/a AT&T Alascom, Inc., and Sprint Communications Company, LP, for contribution claims by any parties liable upon Antitrust and Common Law Rights be assigned to the Carlyle/PTC Entities under the Agreement or upon any other claims released under the Agreement.

PLEASE TAKE FURTHER NOTICE that the Trustee has negotiated a minor modification to the Settlement and Release Agreement as described in the original notice. The total payments to the estate remain $13,225,000 as previously described. The AT&T claims against the estate are reduced to and allowed in the amount of $10,000,000 as previously described, but the Agreement has been modified to provide that AT&T is to receive a minimum distribution of at least $2,000,000 against the allowed claims, or such greater amount as may be payable based on pro rata distribution against allowed general unsecured claims of $10,000,000. Instead of a "True-Up Obligation" owed by the PTC Entities to AT&T as previously described, there is now a "True-Up Obligation" from the PTC Entities back to the bankruptcy estate. The PTC Entities shall be liable to the estate for the difference between the $2,000,000 paid to AT&T, and the amount, if lesser, that would be payable to AT&T in final distribution upon $10,000,000 in allowed claims (but the True-Up Obligation is capped at $500,000). The True-Up Obligation will be secured by a cash deposit of $500,000 or by confessions of judgment.

Parties in interest are further advised that the Agreement has not been finalized as of the date of this Supplemental Notice, but will be filed with the Court and available for review once finalized, or at the hearing. As previously indicated, copies of the final Agreement, when available, may be requested from this office by contacting Jessica Smith at (206) 224-8296, or via e-mail at jsmith@karrtuttle.com, and providing the street mailing address or e-mail address to which copies may be delivered.

TRUSTEE'S SUPPLEMENTAL NOTICE OF MOTION AND
HEARING TO APPROVE SETTLEMENT AGREEMENT - 2
#600784 v1

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 05-42265-PBS    Doc 449    Filed 12/05/06    Ent. 12/05/06 16:21:05    Pg. 2 of 3

IF YOU OBJECT to the reasonableness of the consideration within the Settlement and Release Agreement, or to the modification to the treatment of AT&T claims and associated True-Up Obligation described above, you must file your written response with the court clerk, serve two copies on the Judge's chambers (or preferably via electronic case filing), and deliver a copy to the undersigned NO LATER THAN the day immediately prior to the hearing. Objections to any other aspects of the Settlement and Release Agreement remain due by the Response Date of December 7, 2006, pursuant to prior notice of the Motion.

DATED this 5th day of December, 2006.

KARR TUTTLE CAMPBELL

By: /s/ George S. Treperinas
George S. Treperinas, WSBA #15434
Diana K. Carey, WSBA #16239
Attorneys for the Trustee

TRUSTEE'S SUPPLEMENTAL NOTICE OF MOTION AND
HEARING TO APPROVE SETTLEMENT AGREEMENT - 3
#600784 v1

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 05-42265-PBS    Doc 449    Filed 12/05/06    Ent. 12/05/06 16:21:05    Pg. 3 of 3