```
_____ FILED
_____ LODGED
_____ RECEIVED

DEC 14 2006

MARK L. HATCHER
CLERK U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
      AT TACOMA
                    _____ DEPUTY
```

The Honorable Paul B. Snyder
Chapter 7
Location: Tacoma
**Hearing Date**: December 14, 2006
Hearing Time: 10:30 a.m.
Response Date: December 7, 2006

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| IN RE: | NO. 05-42265-PBS |
|---|---|
| PT CABLE, INC., | [PROPOSED] ORDER APPROVING SETTLEMENT |
| Debtor. | |

THESE MATTERS arise upon the Motion for Order Approving Settlement filed by TERRENCE J. DONAHUE, the trustee ("Trustee") of the above-captioned bankruptcy estate ("Estate"), by and through his counsel, Karr Tuttle Campbell and was duly heard in open court on December 14, 2006. Based on the records and files of this case, the Court hereby finds that:

1. Due and proper notice of the Motion for Order Approving Settlement ("Motion"), given by the initial notice dated November 20, 2006 and a supplemental notice dated December 5, 2006, was provided to all required parties in interest as evidenced by declarations of service filed herein.

2. The Court, having considered the Motion, responses, all declarations, papers and evidence offered in support of or opposition to the Motion, the statements of counsel, and the records and files of this case, finds and concludes that the compromise proposed in the Motion is fair,

ORDER APPROVING SETTLEMENT - 1

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 05-42265-PBS    Doc 463    Filed 12/14/06    Ent. 12/14/06 14:03:52    Pg. 1 of 4

equitable and in the best interests of the Estate and its creditors; that the notice sent to potentially liable parties on claims assigned by the Trustee to the Carlyle/PTC entities pursuant to the terms of the Settlement and Release Agreement was reasonable and complied with RCW 4.22.060; that the amount paid, reduction of claims and other consideration given by all Settling Parties as defined in the Agreement is fair and reasonable, including without limitation the consideration given by AT&T and Sprint, as those parties are defined in the Agreement.

3. This court has jurisdiction to enter this order and provide the relief requested in the Motion pursuant to 28 USC Sec. 1334 and 157(b)(2).

Based upon the foregoing and the Court's ruling at the hearing upon these matters, stated orally and recorded in open court, which is incorporated herein pursuant to FRBP 7052(a) and by this reference, and for good cause otherwise shown, it is hereby

**ORDERED**:

1. The Motion is GRANTED.

2. The Agreement, in final form filed with the Court as Exhibit 1 to the Motion, is approved in its entirety and its terms and conditions are incorporated herein by this reference, so as to be enforceable as part of this Order. The Trustee is authorized to take any and all steps the Trustee deems are necessary in his discretion to consummate

ORDER APPROVING SETTLEMENT - 2

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 05-42265-PBS    Doc 463    Filed 12/14/06    Ent. 12/14/06 14:03:52    Pg. 2 of 4

said Agreement. Without limitation, the releases of claims and Trustee's assignment of certain claims as more specifically provided in the Agreement are expressly approved. The Trustee and other parties to the Agreement are authorized to do all acts and execute and deliver all documents reasonable, necessary and/or appropriate to consummate the settlement provided in the Agreement, without need for further notice or order. This Court retains jurisdiction to enter any such orders as may be necessary or appropriate to enforce the Agreement or this Order, to resolve any disputes related thereto, or to facilitate the consummation of the settlement provided therein. Without limiting the foregoing,

    a.    All Settling Parties, as defined in the Agreement, are permanently barred and enjoined from the institution or prosecution of any Released Claims, as defined in the Agreement, against any and all other Settling Parties;

    b.    Notwithstanding the intent of the parties that the Agreement and this Order terminate and bar all Released Claims against the Settling Parties, in the event a party to the Agreement obtains a judgment against any Settling Party in connection with a Released Claim, or a party to the Agreement obtains a judgment against a non-party defendant who then obtains a judgment against a Settling Party for indemnity, contribution or on any cross-claim based on a claim that would have been released under the Agreement, if it had been asserted directly by one Settling Party against another, the party to the Agreement obtaining such judgment shall reduce its judgment(s) by the amount, percentage or share of such judgment necessary to satisfy any such judgment for the benefit of the Settling Party.

ORDER APPROVING SETTLEMENT - 3

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 05-42265-PBS   Doc 463   Filed 12/14/06   Ent. 12/14/06 14:03:52   Pg. 3 of 4

c. The undertaking by the Trustee in paragraph IX.C. of the Agreement, that in any future settlement, compromise, or stipulated dismissal entered into by the Trustee with any other party, the Trustee shall use commercially reasonable efforts to secure a release from the other party on behalf of the Settling Parties irrevocably and unconditionally releasing and forever discharging the Settling Parties from the Released Claims, is approved and incorporated into this Order.

d. AT&T and Sprint are discharged from liability for contribution with respect to the Antitrust and Common Law Rights to be assigned under the Agreement and any other claims released as against them in the Agreement, pursuant to RCW 4.22.060(2).

DATED this 14 day of December, 2006.

_____
Honorable Paul B. Snyder
United States Bankruptcy Judge

Presented by:

KARR TUTTLE CAMPBELL

_____
George S. Treperinas, WSBA # 15434
Attorneys for Terrence J. Donahue,
Trustee of the PT Cable, Inc. Estate

ORDER APPROVING SETTLEMENT - 4

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100